1  SUZANNE L. MARTIN
   Nevada Bar No. 8833
2  suzanne.martin@ogletreedeakins.com
   SHELLEY L. MURRAY
3  Nevada Bar No. 12831
4  shelley.murray@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5  Wells Fargo Tower
   Suite 1500
6  3800 Howard Hughes Parkway
   Las Vegas, NV  89169
7  Telephone:  702.369.6800
   Fax:  702.369.6888
8  *Attorneys for Defendant Caleres, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID W. LEVY,<br><br>    Plaintiff,<br><br>vs.<br><br>CALARES, INC., a foreign Corporation; and DOES I-X, individually; ROE Corporations I-X,<br><br>    Defendants. | Case No.:  2:17-cv-02609-APG-NJK<br><br>**STIPULATION AND ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION**<br><br>**(FIRST REQUEST)** |

Defendant Caleres, Inc.[1] ("Defendant") and Plaintiff David W. Levy ("Plaintiff"), by and through their respective undersigned counsel, hereby agree to reschedule the Early Neutral Evaluation ("ENE"), which is currently set for December 21, 2017, at 1:30 p.m. (ECF No. 10). Defendant's representative is not available on December 21, 2017, due to the impending holiday.

/ / /

/ / /

---

[1] Defendant is incorrectly identified in the caption as Calares, Inc.  The correct spelling is Caleres, Inc.

The parties ask that the Court continue the ENE to a date convenient for the Court, to include, as feasible, a date either before December 21, 2017, or a date after January 1, 2018.

**IT IS SO STIPULATED:**

Dated this 6th day of November, 2017.

| KEMP & KEMP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| */s/* James P. Kemp | */s/* Suzanne L. Martin |
| James P. Kemp | Suzanne L. Martin |
| Victoria L. Neal | Shelley L. Murray |
| 7435 W. Azure Drive | Wells Fargo Tower |
| Suite 110 | Suite 1500 |
| Las Vegas, NV 89130 | 3800 Howard Hughes Parkway |
| *Attorneys for Plaintiff David W. Levy* | Las Vegas, NV 89169 |
| | *Attorneys for Defendant Caleres, Inc.* |

**ORDER**

IT IS HEREBY ORDERED that the Early Neutral Evaluation in this matter will take place on January 18, 2018, at 1:30 p.m. A request for an exception to the above attendance requirements must be filed and served upon all parties at least fourteen (14) days prior to the ENE session.

Written evaluation statements shall be submitted no later than 4:00 p.m. on January 11, 2018, which is seven (7) days prior to the ENE session pursuant to LR 16-6(f).

UNITED STATES MAGISTRATE JUDGE

November 20, 2017
DATE

2